(109 So. 171)

## DENNIS v. STATE. (3 Div. 519.)

(Court of Appeals of Alabama. June 15, 1926.)

1. Criminal law ⊜⇒753(2).

When evidence was in direct conflict on question of guilt, court properly refused general affirmative charge for defendant.

---

⊜⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes
21 ALA.APP.—28.

**2. Criminal law ☞1159(4).**

Manner in which one of state's witnesses was coerced into giving testimony *held* not ground for reversal; weight of testimony being for jury.

Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge.

J. W. Dennis was convicted of possessing prohibited liquor, and he appeals. Affirmed.

Gipson & Booth, of Prattville, for appellant.

Counsel discuss the questions raised, but without citing authorities.

Harwell G. Davis, Atty. Gen., for the State.

Brief did not reach the Reporter.

SAMFORD, J. [1] The only question presented by this record is the refusal of the court to give, at the request of the defendant, the general affirmative charge. The evidence is in direct conflict on the question of guilt, and therefore the court properly refused to give the charge as requested.

[2] It is urged that this court should not permit this conviction to stand because of the manner in which the witnesses for the state were coerced into giving testimony. In the first place, this applies to only one witness, and next the question of the weight of testimony is with the jury and not with the court.

We find no error in the record, and the judgment is affirmed.

Affirmed.